UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 06 2012 ★

BROOKLYN OFFICE

SNEZANA STANKOVIC,

                Plaintiff,

-against-

DAVID M. FRANKEL, City of New York,
Dept. of Finance Commissioner,

                Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X

SNEZANA STANKOVIC,

                Plaintiff,

-against-

MATHEW M. WAMBUA, Commissioner of
NYC Dept of HUD,

                Defendant.
-----------------------------------------------------------X

## CIVIL JUDGMENT

**12 CV 3215 (WFK) (RER)**

**12 CV 3216 (WFK) (RER)**

        Pursuant to the Court's Memorandum and Order issued on July 6, 2012 dismissing these two civil actions, it is

        **ORDERED, ADJUDGED AND DECREED:** That these two complaints are hereby dismissed for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3), and for failure to state a claim. 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of an appeal.

Dated: Brooklyn, New York
         July 6, 2012

                                    William F. Kuntz, II
                                    United States District Judge